UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKIE KING,

                Plaintiff,

    v.

PALM BEACH COUNTY COURTHOUSE, *et al.*,

                Defendants.

NO. 2:19-cv-01543-JCC

ORDER OF TRANSFER

Plaintiff Nikie King filed a motion for leave to proceed *in forma pauperis* and a complaint alleging breach of contract. (Dkt. No. 1, 2.) Plaintiff alleges that she and the named Defendants are residents of Florida and invokes this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Dkt. No. 2 at 1–2.) Plaintiff's factual allegations are not clear, but she appears to be claiming that Defendants defamed her and took her children away from her. (*Id.* at 5–6.)

It is clear from the face of the complaint that Plaintiff and all Defendants are residents of Palm Beach Florida, and that all events giving rise to Plaintiff's claims occurred in Palm Beach, Florida. (*See generally id.*) Therefore, venue is proper in the United States District Court for the Southern District of Florida, not in this Court. *See* 28 U.S.C. § 1391(b).

ORDER OF TRANSFER - 1

When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The Court concludes that it is in the interest of justice to transfer the instant action so that the Southern District of Florida can screen the case under its own requirements and 28 U.S.C. § 1915(g).

Accordingly, this case is hereby TRANSFERRED to the United States District Court for the Southern District of Florida. The Clerk is DIRECTED to take the steps necessary to transfer this case. The Clerk is further DIRECTED to send copies of this Order to Plaintiff and to the Honorable Brian A. Tsuchida, United States Magistrate Judge.

DATED this 1st day of October, 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE